UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YURIY B. MANKOVSKIY<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC., BRIAN C. BOWERS, PHILLIP LARSON and BANK OF AMERICA f/k/a MARYLAND NATIONAL BANK,<br>    Defendants. | Civil Action No. 11-CV-11558-RWZ |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS/SUMMARY JUDGMENT**

Pursuant to Fed. Rules Civ. P. 12(c) and 56, the Defendants Financial Recovery Services, Inc. ("Financial" or "FRS"), Brian Bowers, and FIA Card Services, N.A. ("FIA"), wrongly named in the Complaint as "Bank of America f/k/a Maryland National Bank", move for judgment on the pleadings/summary judgment dismissing all counts of the Complaint against them. In support of this Motion, Financial, Bowers, and FIA state as follows:

1. On the pleadings the Plaintiff has failed to state any claim for which relief can be granted;

2. There is no genuine dispute as to any material fact; and

3. The Defendants as a matter of law are entitled to judgment of dismissal.

In support of this Motion, the Defendants rely on the accompanying Memorandum of Law in Support of Defendants' Joint Motion for Judgment on the Pleadings/Summary Judgment. The Defendants also rely on the previously filed Affidavits of Brian Bowers and Frank Fribley.

For the foregoing reasons and the reasons provided in the accompanying materials, this Motion should be granted and all claims dismissed.

FINANCIAL RECOVERY SERVICES, BRIAN BOWERS, FIA CARD SERVICES, N.A.

By their attorneys,

/s/ John J. O'Connor
John J. O'Connor
BBO # 555251
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
(617) 951-2100
joconnor@peabodyarnold.com

Local Rule 7.1 Certification

I, John J. O'Connor, certify that I have communicated with the Plaintiff in compliance with Local Rule 7.1.

/s/ John J. O'Connor

Dated:  November 30, 2011.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of November, 2011, I served a copy of the attached Motion for Judgment on the Pleadings/Summary Judgment via ECF on all counsel and parties of record.

                                                   /s/ John J. O'Connor
                                                   John J. O'Connor

756411_1
15799-95723