UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YURIY B. MANKOVSKIY,<br><br>      Plaintiff<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC., BRIAN C. BOWERS, PHILIP LARSON, and BANK OF AMERICA f/k/a MARYLAND NATIONAL BANK,<br><br>      Defendants | Civil Action No. 1:11-CV-11558-RWZ |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action shall be and hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| PLAINTIFF | DEFENDANTS |
|---|---|
| YURIY B. MANKOVSKIY, | FINANFIAL RECOVERY SERVICES, INC., BRIAN C. BOWERS, and FIA CARD SERVICES, N.A.. |
| | By its attorneys, |
| /s/ Yuriy B. Mankovskiy | /s/ John J. O'Connor |
| Yuriy B. Mankovskiy, *pro se*<br>75 Brook Farm Road<br>West Roxbury, MA  02123 | John J. O'Connor,  BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Tel. (617) 951-2100 |

Dated:  December 14, 2011

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date I served a copy of the attached Stipulation of Dismissal upon counsel of record via ECF:

    Yuriy B. Mankovskiy, *pro se*
    75 Brook Farm Road
    West Roxbury, MA  02123

                                                /s/ John J. O'Connor
                                                John J. O'Connor

Dated:  December 14, 2011

PABOS2:JOCONNO:757133_1
15799-95723